IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>IVELISSE RIVERA-PADILLA<br><br>Defendant | CRIMINAL NO. 23-058-01 (RAM) |

**ORDER OF FORFEITURE AND MONEY JUDGMENT**

WHEREAS, as a result of the guilty plea defendant [1] Ivelisse Rivera-Padilla agreed to forfeit the sum of $150,000.00 in U.S. currency;

AND WHEREAS, the defendant's guilty plea establishes the requisite nexus between such currency and the offenses charged;

AND WHEREAS, the United States has made a sufficient showing of the forfeitability of the currency;

AND WHEREAS, by virtue of the guilty plea entered against defendant [1] Ivelisee Rivera-Padilla, the United States is now entitled to possession of the currency, free and clear, pursuant to 18 U.S.C. §§ 981, and 982; and 28 U.S.C. § 2461(c);

AND WHEREAS, the United States has filed a Motion for Order of Forfeiture and Money Judgment, requesting a personal money judgment against defendant [1] Ivelisse Rivera-Padilla for the amount of $150,000.00 in U.S. currency;

AND WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;"

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that defendant [1] Ivelisse Rivera-Padilla shall forfeit to the United States, the sum of $150,000.00 in U.S. currency, pursuant to 18 U.S.C. §§ 981, and 982; and 28 U.S.C. § 2461(c);

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order and to amend it if necessary pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this money judgment is final as to the defendant [1] Ivelisse RiveraPadilla; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this money judgment to substitute the currency with property having a value not to exceed $150,000.00 in U.S. currency to satisfy the money judgment; and

IT IS FURTHER ORDERED, that defendant [1] Ivelisse Rivera-Padilla shall make and forward payments directly to the Federal Bureau of Investigation (FBI) and the United States Marshals Service (USMS). The defendant's currency shall be forfeited and disposed of according to law by the FBI and the USMS.

Criminal No. 23-058-01 (RAM)

The Clerk of the Court shall forward certified copies of this Order of Forfeiture and Money Judgment to Assistant U.S. Attorney, Seth Erbe, U.S. Attorney's Office, District of Puerto Rico, #350 Chardón Street, Torre Chardón, Suite 1201, San Juan, Puerto Rico 00918, the FBI, and the USMS.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of December 2023.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge
